HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
RYAN FREITAG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:16-cr-00024-DAD |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER FOR MODIFICATION OF RELEASE CONDITIONS |
| vs. | ) ) | |
| RYAN FREITAG, | ) ) | Judge:  Hon. Dale A. Drozd |
| *Defendant.* | ) | |

The parties, through their respective counsel, Michael Tierney, Assistant United States Attorney, and Janet Bateman, Assistant Federal Defender, attorney for defendant Ryan Freitag, hereby stipulate and agree that Mr. Freitag's release conditions may be modified as follows:

(1)  On Monday, April 18, 2016, Ryan Freitag shall be released from the Fresno County Jail at 9:00 a.m.

Vincent Lee, Investigator with the Officer of the Federal Defender, will transport Mr. Freitag from the jail directly to the United States Probation Office to meet with his probation officer, Megan Pascual.  Mr. Lee will then transport Mr. Freitag to Madera County and then to Merced County for registration and then to the House of Prayer in Merced.  The 9:00 a.m. time is requested to facilitate the proposed travel agenda.

The parties have consulted with United States Probation Officer Megan Pascual who is familiar with the details of this trip and she is in agreement with Mr. Freitag's request.

All other conditions of release shall remain in full force and effect.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  April 14, 2016        /s/ Michael Tierney
                             MICHAEL TIERNEY
                             Assistant United States Attorney
                             Attorneys for Plaintiff

                             HEATHER E. WILLIAMS
                             Federal Defender

Dated:  April 14, 2016       /s/ Janet Bateman
                             JANET BATEMAN
                             Assistant Federal Defender
                             Attorney for Defendant
                             RYAN FREITAG

**O R D E R**

The conditions of the defendant's supervised release term are modified as stipulated to by the parties above.

IT IS SO ORDERED.

Dated:   **April 15, 2016**                    Dale A. Drozd
                                               UNITED STATES DISTRICT JUDGE