| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559.487.5561/Fax: 559.487.5950 |

Attorneys for Defendant
RYAN FREITAG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00024 DAD |
| *Plaintiff,* | STIPULATION TO CONTINUE DISPOSITIONAL HEARING; ORDER |
| vs. | Date: October 1, 2018 |
| RYAN FREITAG, | Time: 10:00 a.m. |
| *Defendant.* | Judge: Hon. Dale A. Drozd |

The parties, through their respective counsel, David Gappa, Assistant United States Attorney, and Megan T. Hopkins, Assistant Federal Defender, attorney for defendant Ryan Freitag, hereby stipulate and agree that the dispositional hearing in this matter, which is currently scheduled for September 4, 2018 may be continued to October 1, 2018 at 10:00 a.m.

The United States Probation Officer has requested additional time to work with the Bureau of Prisons on a pending request for Residential Re-Entry placement for Mr. Freitag.

///
///
///
///
///
///

The parties agree that it is important for the Probation Officer to have a response to this request confirmed prior to the dispositional hearing, and therefore request a continuance of four weeks, to October 1, 2018.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

Date: August 29, 2018 /s/ David Gappa
DAVID GAPPA
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: August 29, 2018 /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
RYAN FREITAG

**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for September 4, 2018, is continued until October 1, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **August 30, 2018**

UNITED STATES DISTRICT JUDGE