1 HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
3 2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
4 Telephone: 559.487.5561/Fax: 559.487.5950

5 Attorney for Defendant
RYAN FREITAG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00024 DAD |
|---|---|
| *Plaintiff,* | ORDER FOR RELEASE OF RYAN FREITAG |
| vs. | Hon. Dale A. Drozd |
| RYAN FREITAG, | |
| *Defendant.* | |

On October 1, 2018 before the Honorable Dale A. Drozd, Ryan Freitag was sentenced to 232 days custody, followed by placement at the Geo Group residential re-entry center in San Francisco, CA for a period up to 180 days. The Court further ordered that Mr. Freitag's release be delayed until October 16, 2018 to permit Federal Defender staff to transport Mr. Freitag from Fresno County Jail to the Geo Group facility, stopping in Merced, CA to collect Mr. Freitag's belongings and complete his de-registration with the Merced County Sherriff's Department. The delay was also necessary to ensure that the probation officer had sufficient time to confirm bed-space availability and a starting date at Geo Group for Mr. Freitag. On October 4, 2018 the probation officer confirmed that Mr. Freitag had been accepted into the Geo Group program and can check into the program on October 16, 2018.

This proposed order is submitted to authorize Mr. Freitag's release from the Fresno County Jail on October 16, 2018 at 8:00 a.m., to the custody of Federal Defender Staff, who will

transport him to Merced, CA, accompany him to collect his belongings and complete the necessary steps to unregister with the Sherriff, and then transport him to the Geo Group facility in San Francisco, CA.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 9, 2018  /s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
RYAN FREITAG

## **ORDER**

**IT IS SO ORDERED.** Defendant RYAN FREITAG shall be released from the Fresno County Jail to the custody of Kevin Mitchel and/or Federal Defender Staff on Tuesday, October 16, 2018, at 8:00 a.m. The defendant shall be transported by Federal Defender Staff to the House of Prayer in Merced, CA in order to collect his belongings, and to the Merced County Sherriff's Department to complete de-registration. Federal Defender Staff shall then transport Mr. Freitag directly to the Geo Group facility, located at 111 Taylor Street, San Francisco, CA 94102. The defendant is thereafter to reside at the Geo Group facility and participate as directed for a period of up to 180 days.

IT IS SO ORDERED.

Dated:  **October 10, 2018**   _____
UNITED STATES DISTRICT JUDGE