1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: 559.487.5561/Fax: 559.487.5950

5  Attorney for Defendant
   RYAN FREITAG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:16-cr-00024 DAD |
|---|---|
| *Plaintiff,* | ORDER FOR RELEASE OF RYAN FREITAG |
| vs. | Hon. Dale A. Drozd |
| RYAN FREITAG, | |
| *Defendant.* | |

On October 1, 2018 before the Honorable Dale A. Drozd, Ryan Freitag was sentenced to 232 days custody, followed by placement at the Geo Group residential re-entry center in San Francisco, CA for a period up to 180 days.  The Court further ordered that Mr. Freitag's release be delayed until October 16, 2018 to permit Federal Defender staff to transport Mr. Freitag from Fresno County Jail to the Geo Group facility, stopping in Merced, CA to collect Mr. Freitag's belongings and complete his de-registration with the Merced County Sherriff's Department.  The delay was also necessary to ensure that the probation officer had sufficient time to confirm bed-space availability and a starting date at Geo Group for Mr. Freitag.  On October 4, 2018 the probation officer confirmed that Mr. Freitag had been accepted into the Geo Group program and can check into the program on October 16, 2018.

A proposed order authorizing Mr. Freitag's release to Federal Defender staff on October 16, 2018 was filed on October 9, 2018 and signed by the Honorable Dale A. Drozd on October

11, 2018.  Subsequently, the United States Marshals erroneously transported Mr. Freitag to the prison in Pahrump, Nevada where he completed the 232-day time-served sentence, and was scheduled for release on October 15, 2018.  Mr. Freitag is subject to a number of conditions of supervision and state registration laws that would have been violated if he were to be released in Nevada.  Moreover, Mr. Freitag is hearing impaired and would not have been able to readily communicate with his counsel or probation officer to receive further instruction upon release.

Counsel for Mr. Freitag notified the Court, counsel for the government, and the probation officer of the issue as soon as counsel became aware of Mr. Freitag's whereabouts.  The United States Marshals were then contacted by the Court to address the issue, and arranged to extend the custodial period to October 18, 2018 in order to permit transportation back to Fresno County Jail on October 17, 2018.  Both counsel for the government and the probation officer are in agreement with this revised proposed order, in light of the circumstances.

This proposed order is submitted to update the previous release order and authorize Mr. Freitag's release from the Fresno County Jail on October 18, 2018 at 8:00 a.m., to the custody of Federal Defender Staff, who will transport him to Merced, CA, accompany him to collect his belongings and complete the necessary steps to unregister with the Sherriff, and then transport him to the Geo Group facility in San Francisco, CA.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  October 15, 2018         /s/ *Megan T. Hopkins*
                                 MEGAN T. HOPKINS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RYAN FREITAG

**<u>ORDER</u>**

Defendant RYAN FREITAG shall be released from the Fresno County Jail to the custody of Federal Defender Staff on Thursday, October 18, 2018, at 8:00 a.m. The defendant shall be transported by Federal Defender Staff to the House of Prayer in Merced, CA in order to collect his belongings, and to the Merced County Sherriff's Department to complete de-registration. Federal Defender Staff shall then transport Mr. Freitag directly to the Geo Group facility, located at 111 Taylor Street, San Francisco, CA 94102. The defendant is thereafter to reside at the Geo Group facility and participate in that program as directed for a period of up to 180 days.

IT IS SO ORDERED.

Dated: **October 16, 2018**                   _/s/ Dale A. Drozd_
                                                                   UNITED STATES DISTRICT JUDGE