DARRYL YOUNG #255894
Attorney at Law
Law Offices of Darryl E. Young, P.C.
650 West 20th Street,
Merced, California 95340
Telephone: 209.354.3500
Facsimile: 209.354.3502
Email: Darrylyounglaw@gmail.com

Attorney for Defendant
Ryan Frietag

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | 1:16-CR-00024 DAD |
|---|---|
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE FROM JANUARY 27, 2020 at 2:00 p.m. TO MARCH 17, 2020 at 2:00 p.m. |
| v. | |
| RYAN FRIETAG, | |
| Defendant. | |

Good cause appearing, it is hereby ordered that the status conference of Ryan Frietag, previously scheduled for January 27, 2020 at 2:00 p.m., be continued to March 17, 2020 at 2:00 p.m. Defendant is ordered to continue to comply with all previously ordered conditions of supervised release.

Defendant is currently in custody in Lerdo and ordered to be present on March 17, 2020 at 2:00 p.m. for status conference.

IT IS SO ORDERED.

Dated: **January 24, 2020**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2