MCGREGOR W. SCOTT
United States Attorney
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>RYAN FREITAG,<br><br>                    Defendant. | CASE NO. 1:16-CR-00024 DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON<br><br>DATE: August 17, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

This case is set for a status conference on June 15, 2020. On April 17, 2020, this Court issued General Order 617, which suspends all jury trials in the Eastern District of California scheduled to commence before June 15, 2020, and allows district judges to continue all criminal matters to a date after June 1. This order and previous General Orders were entered to address public health concerns related to COVID-19. Currently, and until further order, the Fresno courthouse is closed, and all court appearances take place through Zoom. The defendant is detained at the Kern County Jail at Lerdo, so defense counsel has not had ready access to meet with the defendant. Since the defendant is not yet prepared to admit the allegations in the petition for a supervised release violation, the defense requests additional time to prepare for the next hearing, and the government does not object. Accordingly, the parties have agreed to move the next court appearance to August 17, 2020, before the duty magistrate judge.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order, this matter was set for a status conference on June 15, 2020.

2. By this stipulation, the parties move to continue the status conference until August 17, 2020. Because this matter involves an alleged violation of the defendant's supervised release, the Speedy Trial Act is not an issue in scheduling the next proceeding.

Dated: June 9, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ David Gappa
David L. Gappa
Assistant United States Attorney

Dated: June 9, 2020

/s/ Darryl Young
(authorized on 6/9/20)
Darryl Young
Counsel for Defendant
RYAN FREITAG

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation that the parties filed on June 9, 2020. Based on the reasons articulated in that filing, the court finds good cause to move the current status conference from June 15, 2020, to August 17, 2020, at 2:00 pm before the Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **June 9, 2020**                                          /s/ Erica P. Grosjean
                                                                                        UNITED STATES MAGISTRATE JUDGE