DARRYL YOUNG #255894
Attorney at Law
Law Offices of Darryl E. Young, P.C.
650 West 20th Street,
Merced, California 95340
Telephone: 209.354.3500
Facsimile:  209.354.3502
Email: Darrylyounglaw@gmail.com

Attorney for Defendant
Ryan Freitag

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 1:16-CR-00024 DAD | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS CONFERENCE; ORDER | |
| v. ) | | |
| RYAN FREITAG, ) | Date: SEPTEMBER 21, 2020 at 2 p.m. | |
| Defendant. ) | Court: Hon. Erica P. Grosjean | |

This case is set for a status conference on August 17, 2020.  On April 17, 2020, this Court issued General Order 617, which suspends all jury trials in the Eastern District of California scheduled to commence before June 15, 2020, and allows district judges to continue all criminal matters to a date after June 1.  This order and previous General Orders were entered to address public health concerns related to COVID-19.  Currently, and until further order, the Fresno courthouse is closed, and all court appearances take place through Zoom.  Mr. Freitag is hearing impaired and requires the services of the CAARTT reporter.  He is currently housed in the Lerdo jail and would have to appear via Zoom.

In order to avoid unnecessary cost and inconvenience to the Court defense agrees to

stipulate to a continuance.

In addition, defense counsel request for the status conference to be continued as the defendant is currently not prepared to admit the allegations in the petition for a supervised release violation, and the defense requests additional time to prepare for the next hearing, and the government does not object.  Accordingly, the parties have agreed to move the next court appearance to September 21, 2020, before the duty magistrate judge.

## STIPULATION

Defendant, by and through defendant's counsel of record and Plaintiff United States of America, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was set for a status conference on August 17, 2020.

2. By this stipulation, the parties move to continue the status conference until **September 21, 2020, at 2:00 PM before the Duty Magistrate**.  Because this matter involves an alleged violation of the defendant's supervised release, the Speedy Trial Act is does not apply.

DATED:  August 17, 2020.        /s/ Darryl Young
                                Darryl E. Young,
                                Attorney for Ryan Freitag

DATED: August 17, 2020
                                /s/ David L. Gappa
                                David L. Gappa,
                                Attorney for United States of America

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation and the facts described therein, the status conference will be continued until **September 21, 2020, at 2:00 PM before the Duty Magistrate Judge**.

IT IS SO ORDERED.

Dated:   **August 17, 2020**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE