DARRYL YOUNG #255894
Attorney at Law
Law Offices of Darryl E. Young, P.C.
650 West 20th Street,
Merced, California 95340
Telephone: 209.354.3500
Facsimile:  209.354.3502
Email: Darrylyounglaw@gmail.com

Attorney for Defendant
Ryan Freitag

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:16-CR-00024-DAD |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING |
| ) | STATUS CONFERENCE; ORDER |
| ) | |
| v. ) | |
| ) | |
| ) | |
| RYAN FREITAG, ) | |
| ) | Proposed date: DECEMBER 2, |
| ) | 2020 at 2 p.m. |
| ) | |
| Defendant. ) | Court: Hon. Erica P. Grosjean |
| ) | |

This case is set for a status conference on November 2, 2020.  On April 17, 2020, this Court issued General Order 617, which suspends all jury trials in the Eastern District of California scheduled to commence before June 15, 2020, and allows district judges to continue all criminal matters to a date after June 1.  This order and previous General Orders were entered to address public health concerns related to COVID-19.  Currently, and until further order, the Fresno courthouse is closed, and all court appearances take place through Zoom.  Mr. Freitag is hearing impaired and requires the services of the CAARTT reporter.  He is currently housed in the Lerdo jail and would have to appear via Zoom.

In order to avoid unnecessary cost and inconvenience to the Court defense agrees to stipulate to a continuance.

In addition, defense counsel request for the status conference to be continued as the defendant is currently not prepared to admit the allegations in the petition for a supervised release violation, and the defense requests additional time to prepare for the next hearing, and the government does not object.  Accordingly, the parties have agreed to move the next court appearance to December 2, 2020, before the duty magistrate judge.

**STIPULATION**

Defendant, by and through defendant's counsel of record and Plaintiff United States of America, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was set for a status conference on November 2, 2020.

2. By this stipulation, the parties move to continue the status conference until December 2, 2020.  Because this matter involves an alleged violation of the defendant's supervised release, the Speedy Trial Act is does not apply.

DATED:  October 26, 2020.        /s/ Darryl Young
                                 Darryl E. Young,
                                 Attorney for Ryan Freitag

DATED: October 26, 2020.
                                 /s/ David L. Gappa
                                 David L. Gappa,
                                 Attorney for United States of America

**ORDER**

IT IS SO ORDERED that the Status Conference is continued from November 2, 2020 to **December 2, 2020, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto.**

IT IS SO ORDERED.

Dated:   **October 27, 2020**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE