HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA DC Bar # 90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RYAN FREITAG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN FREITAG,<br><br>Defendant. | Case No. 1:16-cr-00024-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:   December 15, 2025<br>Time:  2:00 p.m.<br>Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Lisa N. Lumeya, counsel for defendant Ryan Freitag, that the Court may continue the status conference from December 15, 2025, to December 17, 2025, at 2:00 p.m.

The requested continuance is necessary for the parties to receive the pending discovery, and a two-day continuance would allow sufficient time for defense counsel to review the discovery with Mr. Freitag.  Undersigned counsel has confirmed the probation officer's availability, and the parties are amenable to the requested date.  As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: December 11, 2025

*/s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: December 11, 2025

*/s/ Lisa Ndembu Lumeya*
Lisa N. Lumeya
Assistant Federal Defender
Attorney for Defendant
RYAN FREITAG

Freitag – Stipulation
and Order

2

**ORDER**

**IT IS SO ORDERED** that the status conference previously scheduled for December 15, 2025, at 2:00 p.m. is continued to December 17, at 2:00 p.m. The Defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __December 12, 2025__

STANLEY A. BOONE
United States Magistrate Judge

Freitag – Stipulation and Order

3