ERIC GRANT
United States Attorney
DAVID GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00024 DAD |
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING HEARING |
| v. | PROPOSED DATE: March 9, 2026 |
| RYAN FREITAG, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

This case is set for a dispositional sentencing hearing on April 6, 2026, before the Honorable Dale A. Drozd.  The defendant admitted charge one in the violation petition on December 17, 2025, and the sentencing hearing was scheduled for April 6, 2026.  The government and probation office have agreed to dismiss charge two at the conclusion of the sentencing hearing.  More recently government counsel has developed a conflict that prevents him from attending the sentencing on April 6, 2026.  The parties have agreed to advance the case to the next earliest available date on the NODJ docket in Fresno.  The probation office has indicated that it does not object to advancing the sentencing to the earlier date.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1.      By previous order, this matter was set for sentencing on April 6, 2026.

2.      By this stipulation, the parties move to advance the sentencing to March 9, 2026, in order

1

to accommodate the schedule of government counsel.  Because this matter involves admitted violations of the defendant's supervised release, the Speedy Trial Act is not an issue in scheduling the next proceeding.

Dated:  February 5, 2026

ERIC GRANT
United States Attorney


/s/ David Gappa
David L. Gappa
Assistant United States Attorney


Dated:  February 5, 2026

/s/ Lisa Lumeya
Lisa Lumeya
Counsel for Defendant
RYAN FREITAG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>         v.<br><br>RYAN FREITAG,<br><br>                    Defendant. | CASE NO.  1:16-CR-00024 DAD<br><br>ORDER ON STIPULATION TO ADVANCE<br>SENTENCING HEARING<br><br>PROPOSED DATE: March 9, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation that the parties filed on February 5, 2026. Based on the reasons articulated in that filing, the court finds good cause to move the dispositional and sentencing hearing forward from April 6, 2026, to March 9, 2026, in Fresno in Courtroom 5 before Chief Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated:  __**February 5, 2026**__         _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3